UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)

In re:
NADINE WRIGHT,                                                          Case No. 16-26530 RBR
    Debtors.                                                                Chapter 13
_____/

**MOTION TO MODIFY PLAN**

    COMES NOW, Debtor, NADINE WRIGHT, by and through undersigned counsel and herein files the above styled Motion and in support thereof states as follows:

1. On December 14, 2016, Debtor filed a voluntary petition for Chapter 13 bankruptcy relief.

2. On May 18, 2016, this Court entered an Order confirming the Third Amended Plan.

3. Debtor and Secured Lender did not reach an agreement through the MMM program.

4. Debtor proposes to cure and maintain the Secured Lender's mortgage loan through the plan.

5. The proposed First Modified Plan has been filed contemporaneously with this Motion.

    **WHEREFORE**, Debtor respectfully requests that this Court issue an Order confirming the First Modified Plan and any other relief deemed just and reasonable.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

    Law Offices of Samir Masri
    901 Ponce de Leon Blvd., Suite 101
    Coral Gables, FL 33134
    Tel: (305) 445-3422

    By:   *s/ Samir Masri*
        Samir Masri, Esquire
        FBN: 145513