**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ Second _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Nadine Wright    JOINT DEBTOR: _____    CASE NO.: 16-26530 RBR

SS#: xxx-xx- 4895    SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $757.61       for months   1  to  12 ;
2. $1,700.00    for months  13  to  23 ;
3. $2,398.69    for months  24  to  60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

Total Fees: $7550.00    Total Paid: $1500.00    Balance Due: $6050.00

Payable   $144.83   /month (Months  1  to  12 )

Payable   $392.01   /month (Months  13  to  23 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
Safe Harbor Fees: 3,500.00+150 plus MMM 2,500.00 + 100 + Mt to Value Real Property 775.00 + Mt to Modify 525.00 = 7550.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

Debtor(s): Nadine Wright    Case number: 16-26530 RBR

1. Creditor: Ocwen Loan Servicing LLC

   Address: 1661 Worthington Rd., #100, West Palm Beach, FL 33409

   Arrearage/ Payoff on Petition Date: $34,358.92

   MMM Adequate Protection: $583.74 /month (Months 1 to 12)

   Regular Payment (Maintain): $1,128.61 /month (Months 13 to 60)

   Last 4 Digits of Account No.: 1246

   Arrears Payment (Cure): $0.00 /month (Months 1 to 12)

   Arrears Payment (Cure): $14.83 /month (Months 13 to 23)

   Arrears Payment (Cure): $924.22 /month (Months 24 to 60)

   Other:

   ☐ Real Property
   ■ Principal Residence
   ☐ Other Real Property

   Check one below for Real Property:
   ■ Escrow is included in the regular payments
   ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

   Address of Collateral: 8250 NW 45th Court, Lauderhill, FL 33351

   ☐ Personal Property/Vehicle
   Description of Collateral:

   **B. VALUATION OF COLLATERAL:** ☐ NONE

   IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

   **1. REAL PROPERTY:** ☐ NONE

1. Creditor: Florida Housing Finance Corporation

   Address: 227 N. Bronough St., Ste 5000, Tallahassee, FL 32301

   Last 4 Digits of Account No.: 8545

   Real Property
   ■ Principal Residence
   ☐ Other Real Property

   Address of Collateral: 8250 NW 45th Court, Lauderhill, FL 33351

   Value of Collateral: $187,960.00
   Amount of Creditor's Lien: $40,000.00
   Interest Rate: 0.00%

   Check one below:
   ☐ Escrow is included in the monthly mortgage payment listed in this section
   ☐ The debtor(s) will pay
   ☐ taxes ☐ insurance directly

   **Payment**
   Total paid in plan: $0.00
   $0.00 /month (Months ___ to ___)

   **2. VEHICLES(S):** ■ NONE

   **3. PERSONAL PROPERTY:** ■ NONE

   **C. LIEN AVOIDANCE** ■ NONE

   **D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ NONE

   **E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ NONE

**IV.    TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

Debtor(s): Nadine Wright        Case number: 16-26530 RBR

- **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE
- **B. INTERNAL REVENUE SERVICE:** ☒ NONE
- **C. DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE      **D. OTHER:**

☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay $0.00 /month (Months 1 to 12)
   Pay $10.00 /month (Months 13 to 23)
   Pay $127.79 /month (Months 24 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED: ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

**VII. INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

**VIII. NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

s/ Nadine Wright        Debtor        December 15, 2017                Joint Debtor
Nadine Wright                          Date                                            Date

_____        _____
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**